Exhibit A

# EMPLOYEE HANDBOOK





Bright Horizons
FAMILY SOLUTIONS™

EXHIBIT ____A

# Table of Contents



## Joining Bright Horizons Family Solutions    **3**

Welcome    4
Acknowledgement    5
Introduction    7
The Handbook is Not a Contract    7
As Things Change    7
At-Will Employment    7

## The Environment We Create....    **8**

Mission Statement    9
Commitment to Excellence    10
Community Involvement    11
The Great Place to Make a Career
     ....and a Difference!    12
Better Together Program    13
Diversity    14
Accommodations for Equal Opportunity    14
Our Work Environment    15
Workplace Safety    16
Drug Free Workplace    17
Complaint Resolution    17

## As You Begin Your Job....    **18**

Record Checking    19
Hire Date    19
Initial Employment Period    19
Orientation & Training    19
Job Description    20
Employee Status    20
Status Change/Benefit Eligibility    20
Outside Employment    21
Personnel Records    21
Employment Opportunities    21
Referral Bonus    23

## General Policies....    **24**

Consistency of Care    25
Daily Schedule    25
Breaks    25
Confidential Information    26
Custody Issues    26
Disclosure of Information    26
Electronic Communication    27
Telephone    27
Professional Appearance    27
No Solicitation    28

1

# Joining Bright Horizons Family Solutions

| | |
|---|---|
| Welcome | 4 |
| Acknowledgement | 5 |
| Introduction | 7 |
| The Handbook is Not a Contract | 7 |
| As Things Change | 7 |
| At-Will Employment | 7 |



# Table of Contents cont'd...



| | |
|---|---|
| Open-Door Policy | 28 |
| Company Travel | 28 |
| Inclement Weather Conditions | 29 |
| Research | 29 |

## About Your Pay.... **30**

| | |
|---|---|
| Pay Procedures | 31 |
| Salary Classifications | 31 |
| Time Sheets & Records | 31 |
| Performance Appraisal | 32 |
| Training Pay | 33 |

## Employee Code of Conduct.... **34**

| | |
|---|---|
| Guidelines for Positive Discipline | 35 |
| Reporting Suspected Abuse & Neglect | 35 |
| Employee Conference Memo | 36 |
| Communication | 38 |
| Nepotism | 39 |
| Conflict of Interest | 39 |
| Babysitting | 39 |
| Administrative Leave | 39 |
| Leaving the Company | 40 |
| Final Pay/Return of Property | 40 |
| Insurance Termination | 41 |
| Exit Interview Process | 41 |
| Employment References | 41 |

## For Your Health & Safety.... **42**

| | |
|---|---|
| Health Appraisals | 43 |
| Serious Disease Notification | 43 |
| Smoking | 43 |
| Universal Precautions | 44 |
| Hepatitis B Vaccine | 44 |
| First Aid/CPR Training | 44 |
| Emergency Preparedness | 44 |

## Time Away from Work.... **45**

| | |
|---|---|
| Paid Time Off | 46 |
| Holidays | 46 |
| Jury Duty | 47 |
| Bereavement Leave | 47 |
| Leave of Absence | 48 |
| Requesting a Leave of Absence | 48 |
| Types of Leave of Absence | 49 |
| Workers Compensation | 53 |

# Welcome to Our Family

**You have joined an organization that has established an outstanding reputation for meeting the needs of working parents.**

**Our reputation is built by each of you every day in our centers and offices. We hope you will find satisfaction and take pride as we work together.**

*From left to right, Marguerite Sallee, Co-Chairman of the Board; Linda Mason, Co-Chairman of the Board; Roger Brown, President & CEO*



We are pleased to have you join Bright Horizons Family Solutions, a great team of early childhood educators and others committed to young children. Our company develops and manages Family Centers to allow our client partners to help their employees achieve a balance between life at work and life at home. Our primary mission is to serve families and understand the important role we play in their lives. We take that responsibility seriously and, therefore, bring high standards to our work. We also understand that it is important to have fun and develop a sense of joy with our children and families.

You are an important part of Bright Horizons Family Solutions. Our organization is able to deliver high quality care because of the commitment, creativity and teamwork of our employees. Innovation and change have always come from all levels of our organization. In caring for young children, quality must be created anew every day. Each day presents a new opportunity for deepening the bond, sparking the curiosity of our children, and sharing the joy of the child's day. It will not always be easy; providing quality care day-to-day is hard work and we thank you for your commitment and dedication.

This handbook will help familiarize you with Bright Horizons Family Solutions' philosophy of serving families. It will acquaint you with our policies and the benefits you enjoy, and where to turn with questions, ideas or concerns. We strive to meet the highest standards of personal and professional conduct by the way we serve our families, how we uphold the reputation of our company, and how we treat each other at work. It is our goal to create an environment that recognizes each employee's unique contribution, fosters growth and development, and where you feel appreciated and listened to. After you read your handbook, please feel free to discuss it with your supervisor.

Together, let's continue to build Bright Horizons Family Solutions as a safe, nurturing place of enchantment and learning for children and families. Let's work together to create an organization where employees' ideas and differences are welcomed and they thrive and grow. And finally, lets commit together to show society a model of excellence of care both in the service we offer and in our relationship with each other.

Sincerely,

President and CEO    Co-Chairman of the Board    Co-Chairman of the Board

4

## Introduction



Bright Horizons Family Solutions' Employee Handbook is designed to acquaint you with the company and provide you with information about working conditions, employee benefits, and policies affecting your employment. You are encouraged to familiarize yourself with each of the policies in the Employee Handbook because these policies are designed as guidelines for employees and will answer many of the questions you may have concerning working at Bright Horizons Family Solutions. You may also receive copies of center-specific policies that apply to the center in which you work. These policies supplement and may supercede those covered in the Employee Handbook.

Bright Horizons Family Solutions' personnel policies cannot anticipate every situation you may encounter or answer every question about your employment at the company. As a result, your best source of information concerning your employment with Bright Horizons Family Solutions is the company's Human Resources team. If you have questions that are not answered by the policies or have questions about the policies themselves, please discuss them with your manager first, then feel free to contact the Human Resources team.

## The Handbook is Not a Contract

The policies, benefits and operating procedures in this handbook are not intended to create, nor are to be construed to create any contract, agreement or legally binding obligation between the company and you. The highlights of benefits contained in this handbook are not intended to take the place of more detailed benefit plan documents. Descriptions in the plan documents will override the information in this handbook in the event the information presented in the handbook is in conflict with the information in the plan documents.

## As Things Change

The company may, at any time, without having to consult anyone and without anyone's agreement, change, suspend or discontinue any or all such handbook policies, benefits or procedures (except the company's "At-Will" policy), in whole or in part, with or without notice, and shall make all final decisions as to their meaning and application. Authority for establishing new or revised procedures rests with the company. From time-to-time, revised handbooks may be issued.

## At-Will Employment

All employees of the company are employed "at-will." As a result, either you or the company may terminate your employment **at any time, for any reason, with or without cause, and with or without notice**.

# The Environment We Create...



Mission Statement                                      9

Commitment to Excellence                             10

Community Involvement                                11

The Great Place to Make a
  Career....and a Difference!                        12

Better Together Program                              13

Diversity                                            14

Accommodations for Equal
  Opportunity                                        14

Our Work Environment                                 15

Workplace Safety                                     16

Drug Free Workplace                                  17

Complaint Resolution                                 17

  



# Mission Statement



The Bright Horizons Family Solutions mission is to provide innovative programs that
help children, families, and employers work together to be their very best.
We are committed to providing the highest quality child care,
early education, and work/life solutions in the nation.

### WE STRIVE TO:

Nurture each child's unique qualities and potential

———

Support families through strong partnerships

———

Collaborate with employers to build family friendly workplaces

———

Create a work environment that encourages professionalism, growth, and diversity

———

Grow a financially strong organization

———

We aspire to do this so successfully that we make a difference in the lives of children and families
and in the communities where we live and work.





**Bright Horizons**
FAMILY SOLUTIONS™

**Bright Horizons Family Solutions' Commitment to Excellence**

# Commitment to Excellence



**Commitment to Children**

- *A place for childhood*
- *A fundamental concern with the health and safety of all children in our care*
- *Individual, personalized, responsive care and affection for each child*
- *Active, individualized, developmentally appropriate learning*
- *A culture of respect from all people and for the world in which we live*



**Commitment to Parents**

- *A full partnership with parents*
- *Flexible, responsive services that meet and anticipate the needs of families*



**Commitment to Staff**

- *A professional work environment*
- *A commitment of support to our employees*



**Commitment to Clients**

- *A place to support families tailored to our clients' needs, goals, and cultures*

## Community Involvement

**Bright Horizons Family Solutions is committed to making a difference in the communities where we have centers around the country.**

*Children from The Horizons Initiative Community Children's Center*



Bright Horizons Family Solutions is committed to making a difference in the communities where we have centers around the country. We encourage you to become involved in your community, and we welcome any suggestions you may have for just how we can "make a difference." Currently, Bright Horizons Family Solutions has several national programs that have been established to improve our communities:

- **Bright Horizons Community Champions:** The Community Champions program at Bright Horizons Family Solutions was founded to capture the volunteer spirit and energy that exists within our company and channel that energy into making a difference in the communities where we live and work through "hands on" volunteer projects. The goals of the Community Champions program are as follows:

  - Encourage employees to identify and act upon specific community needs at their local level;
  - Create opportunities for Bright Horizons employees to share their time and talents with those in need;
  - Provide opportunities for camaraderie and teambuilding;
  - Bring together families and children for volunteer opportunities;
  - Recognize outstanding volunteer efforts through the Community Champion of the Month.

- **The Horizons Initiative:** The Horizons Initiative was founded by Roger Brown and Linda Mason in 1989. The Horizons Initiative is a nonprofit organization dedicated to providing services for homeless families in the Greater Boston area. Currently, The Horizons Initiative works with more than 30 family shelters in the Boston area by installing playspaces and providing more than 300 volunteer Playspace Activity Leaders to ineract with the children in the centers. In addition, The Horizons Initiative operates the Community Children's Center which provides high-quality, nationally accredited care for over 70 children from Boston-area family shelters. In 1997, Bright Horizons Family Solutions was honored by The White House with *The Ron Brown Award for Corporate Leadership* for its involvement with The Horizons Initiative.

- **Bright SPACES:** The Bright SPACES program was founded to replicate the success of The Horizons Initiative Playspace program in family shelters around the country. Family shelters that are located in a community where Bright Horizons Family Solutions employees live and work can be eligible to receive a fully-equipped children's playspace. Each Bright SPACE playspace is a collaborative effort between The Bright Horizons Foundation for Children and the sponsoring Bright Horizons Family Solutions Center. See your supervisor for additional information on how to create a Bright SPACE in your community.

- **The Bright Horizons Foundation for Children:** The Bright Horizons Foundation for Children was founded in 1999 by Marguerite Sallee, Roger Brown, Linda Mason, and Mike Hogrefe in honor of the employees of Bright Horizons Family Solutions. The foundation was established to provide funding to nonprofit organizations around the country whose mission and/or giving request benefits children at risk. See your supervisor for additional information on the Bright Horizons Foundation for Children.

## Diversity

**Bright Horizons Family Solutions is committed to equal employment opportunity for all employees and applicants for employment without regard to race, color, religion, gender, national origin, age, sexual orientation, handicap/disability or veteran status in all aspects of employment.**

Bright Horizons Family Solutions is committed to creating a work environment where diversity is encouraged and valued, and to providing equal employment opportunity for all employees and applicants without regard to race, color, religion, gender, national origin, age, sexual orientation, disability or veteran status in all aspects of employment. It is the policy of Bright Horizons Family Solutions to:

- *Recruit, hire, and promote in all job classifications without regard to race, color, religion, gender, national origin, age, sexual orientation, disability or veteran status*

- *Base all employment decisions on furthering the principle of equal employment opportunity*

- *Ensure that promotion decisions are in accordance with the principles of equal employment opportunity by imposing only valid requirements for promotional opportunities*

- *Ensure that all other personnel actions, including compensation, benefits, transfers, layoffs, return from layoffs, company-sponsored training, education, tuition assistance, social and recreational programs will be administered without regard to race, color, religion, gender, national origin, age, sexual orientation, disability or veteran status*

- *Conduct analysis of all personnel actions annually to ensure that the policy of equal opportunity is being carried out*

Bright Horizons Family Solutions is committed to taking affirmative action to increase the representation of minorities, women, disabled and veterans, in all areas of its workforce when they are underrepresented.

In affirming this policy, Bright Horizons Family Solutions pledges its continued support of equal employment opportunity.  The federal labor law poster titled, "Equal Opportunity is the Law" is displayed at all Bright Horizons Family Solutions locations.

Each year, Bright Horizons Family Solutions prepares an Affirmative Action Plan.  A copy of this plan is available at each center and at the principal offices in Cambridge and Nashville.

## Accommodations for Equal Opportunity

Bright Horizons Family Solutions ensures that equal employment opportunities are available to qualified individuals with a disability by making reasonable accommodations.  Accommodations are considered reasonable if they do not pose undue hardship on the operations of the Company.  Qualified applicants or employees with a disability must be able to perform the essential functions of the job, with or without reasonable accommodation.

If you have mental or physical limitations, we request that you inform your supervisor that you require an accommodation in order to perform the essential functions of your job.  Bright Horizons Family Solutions will identify possible accommodations, if any, that will help eliminate the limitation.  If the accommodation is reasonable and will not impose an undue hardship, we will make it.

14

## Our Work Environment



*Dress up and creative play are part of the day at Bright Horizons Family Centers*

Bright Horizons Family Solutions is committed to providing a work environment free of unlawful harassment and discrimination. Bright Horizons Family Solutions' policy prohibits sexual harassment and harassment or discriminaton because of race, religious creed, color, national origin or ancestry, physical or mental disability, medical condition, marital status, and sexual orientation or any other basis protected by federal, state or local law or ordinance or regulation. All such harassment or discrimination is unlawful. Bright Horizons Family Solutions' equal employment opportunity and harassment policies apply to all persons involved in the operation of the company, including supervisors and employees. Company policy also prohibits discrimination or unlawful harassment of employees by contractors or customers of Bright Horizons Family Solutions.

### Definition

Harassment is unlawful and is prohibited by Bright Horizons Family Solutions. Prohibited harassment includes, but is not limited to, harassment because of race, sex, ancestry, religion, physical or mental disability, medical condition, marital status, age, sexual orientation or any other protected basis.

Sex harassment, which includes sexual harassment, gender harassment, harassment based on pregnancy, childbirth or related medical conditions, may include the following:

- *Sexual innuendoes, suggestive comments, jokes of a sexual nature, propositions, threats*

- *Sexually suggestive objects or pictures, graphic commentaries, suggestive or insulting sounds, staring, leering, whistling, obscene gestures*

- *Unwanted physical contact, including touching, pinching, brushing, accosting, or impeding someone's physical direction of movement or progress*

- *Repeated requests for a date, telephone calls, letters, or messages which are unwelcome or intimidating in nature*

- *Discussion of sexual activities or inquiries into one's sexual experiences*

### Complaint Process

If you believe you have been subjected to discrimination or unlawful harassment, or have witnessed it, you should report these acts immediately, verbally or in writing, to a supervisor, manager or to the Vice President of Employee Relations. Your complaint should include details of the incident or incidents, names of the individuals involved and names of any witnesses. We take reports very seriously and investigation and appropriate disciplinary action will result.

### Disciplinary Action

If a determination is made that discrimination or harassment has occurred, appropriate discipline will result, up to and including termination of employment.

15

### Retaliation

Both the law and Bright Horizons Family Solutions forbid retaliation against any individual who makes a complaint or participates in an investigation.

Bright Horizons Family Solutions encourages you to report any incidents of discrimination or harassment immediately so that complaints can be quickly and fairly resolved.  You are encouraged to promptly report any incidents to your supervisor, manager or to the VP of Employee Relations at One Kendall Square, Building 200, Suite 223, Cambridge, MA 02139, or at 800-324-4386.  You may also file a complaint with the Federal Equal Employment Opportunity Commission (EEOC), or your local civil rights organization.  These organizations investigate and prosecute complaints of prohibited discrimination and harassment, including sexual harassment, in employment.  Complaints may be filed with either the EEOC or the state agency.  The telephone number for the EEOC in Washington, D.C. is 202-663-4900 and the nearest office is listed in the local telephone book.

Bright Horizons Family Solutions completely disallows any conduct involving harassment.  Any individual who makes unwelcome advances, threatens, or in any way harasses a Bright Horizons Family Solutions employee is personally liable for such actions and their consequences.

## Workplace Safety

*Drop-off is a special time with parents and children*



Bright Horizons Family Solutions' policy is to provide a safe environment for employees, children and parents.  We will not condone any acts or threats of violence against employees, clients, children, or parents in Bright Horizons Family Solutions premises at any time.  In keeping with the spirit and intent of this policy, Bright Horizons Family Solutions is committed to:

- *Providing a safe and healthful work environment, in accordance with our safety policies*

- *Taking prompt, remedial action up to and including termination against any employee who engages in any threatening behavior or acts of violence*

- *Taking appropriate action when dealing with customers, former employees, or visitors at Bright Horizons Family Solutions' facilities who engage in such behavior*

- *Prohibiting employees, former employees, or any other visitors from bringing  firearms or other weapons onto Bright Horizons Family Solutions premises or vicinity*

- *Establishing viable security measures to ensure the safety and security of facilities*

You have a duty to warn your supervisor or security personnel of any suspicious workplace activity or situations you observe.  This includes threats or acts of violence, aggressive behavior, offensive acts, threatening or offensive comments or remarks.  Employee reports shall remain confidential.

# Drug Free Workplace

*Bright Horizons Family Solutions welcomes the involvement of parents in its Family Centers.*



## Complaint Resolution

Bright Horizons Family Solutions' commitment is to provide family-centered programs and excellent care for children. In doing so, it is important to provide a safe, productive and quality-conscious work environment. Consistent with that commitment, Bright Horizons Family Solutions has established a drug and alcohol-free work environment.

- **Drug/Alcohol Screens:** Drug/alcohol screens may be required as necessary to promote the goal of having a work environment free from the illicit use, possession, or distribution of controlled substances or alcohol.

- **Testing:** You are required to be drug and/or alcohol free when reporting to work and while on company premises (including parking lots and the clients' grounds). If there is "reasonable suspicion" that you may be impaired, using, or have used illegal drugs and/or alcohol you may be required to be tested immediately by a certified testing facility.

- **Results:** Should you require such testing, you may be provided transportation to the testing facility. You will be placed on an Unpaid Administrative Leave until the company receives the screening test results from the drug/alcohol test. Failure to submit to a screening test may be grounds for dismissal.

- **Rehabilitation:** If you test positive and/or are referred to rehabilitation treatment, you must follow the recommended treatment plan. Failure to do so will result in immediate termination. Certification of suitability to return to work by a health care provider is required prior to returning to work. Upon returning to work, you may be subject to random screenings. If the outcome of a drug or alcohol screening is positive, you will be immediately terminated.

Bright Horizons Family Solutions values the important feedback of each individual. In an organization that is continually developing, feedback from our employees has provided the basis for many significant changes. Your ideas, suggestions, concerns, etc., should be discussed directly with your supervisor. In some circumstances you may wish to raise a concern regarding your employment or practices at your center. Usually it is most effective to raise these concerns directly with your supervisor, however, if you are not satisfied with the outcome of these discussions, you may then bring that concern to the next level of management. Should you then feel a need to further pursue concerns, you may submit a written request to the appropriate department manager or Division Vice President, whose decision will be final.

You should feel free to discuss any issue with the Human Resources team at any point in this process. Please understand that your job status will not be adversely affected by utilizing the complaint resolution procedure. It is never acceptable to raise concerns with your employment to our clients.



## As You Begin Your Job...

Record Checking                          19

Hire Date                                19

Initial Employment Period                19

Orientation & Training                   19

Job Description                          20

Employee Status                         20

Status Change/Benefit Eligibility        20

Outside Employment                       21

Personnel Records                        21

Employment Opportunities                 21

Referral Bonus                           23



18

## Record Checking

Bright Horizons Family Solutions requires that you have no record of felony criminal convictions or other record of criminal activity which may affect your suitability to care for children. All offers of employment and continued employment are contingent upon the outcome of a criminal background check.

Payment for the record check is normally the responsibility of the applicant unless specifically covered in a contract agreement.

Post-employment arrests or convictions for crimes that affect your suitability to care for children may result in termination of employment.

## Hire Date

The first day you report to work is your "official" hire date. Your hire date is used to compute various conditions and benefits described in this handbook.

## Initial Employment Period

If you are a new employee, you will be evaluated at the end of three months of employment. The purpose of this review period determines through actual practice:

- if your performance meets the standards for the assigned position, and

- if the job meets your needs and expectations.

## Orientation & Training

When you begin your employment with Bright Horizons Family Solutions, you will be introduced to our company and our policies by participating in an orientation session.

Bright Horizons Family Solutions provides training programs to support your professional growth. We also provide special training programs for safety and health procedures that meet state and national regulations. The center, to the extent feasible, maintains a library of self-instructional programs and materials for your use.

Bright Horizons Family Solutions values continuing employee education and development. You are strongly encouraged to participate in staff development opportunities and to provide documentation of this training for your training record.

It is your responsibility to obtain the required training hours established in your state. Some of the required state training may be provided by Bright Horizons Family Solutions.

# Job Description

A Job Description is written for each position at Bright Horizons Family Solutions. During the hiring and orientation process, you will receive a copy of your Job Description detailing the job requirements and physical demands of your position.

You are expected to familiarize yourself with the requirements of your position and to meet the performance guidelines outlined in the Job Description. If you have any questions regarding these requirements or require any reasonable accommodation to meet the essential requirements of your position, please inform your supervisor.

# Employee Status

*Children discover the world at Bright Horizons Family Centers.*



**Full-Time** — If you work a regular schedule of thirty (30) or more hours each week, you are considered a full-time employee. All full-time employees are eligible to participate in Bright Horizons Family Solutions' benefit program according to the provisions of the plan.

If your status changes from full-time to part-time after ninety (90) days of full-time employment, you will be paid out for any unused, accrued vacation time. You will forfeit any unused accrued sick time. In the event that you have a negative vacation and/or sick balance, it will be deducted from your check. All full-time benefits end on the last day of full-time employment.

**Part-Time** — If you are scheduled to work a minimum of ten (10) hours but less than thirty (30) hours per week on a regular or consistent basis, you are considered a part-time employee. If you are a part-time employee scheduled to work more than twenty (20) hours per week, you may be eligible to participate in the part-time benefit program according to the provisions of the plan.

**Temporary** — Temporary employees are not eligible for benefits regardless of the number of hours worked. You are considered temporary if you meet one or both of the following definitions:

> <u>Occasional</u>: You are hired to fill a position created by a temporary need or arising from a temporary vacancy in an established position for less than four (4) months

> <u>Substitutes</u>: You work intermittently on an as-needed basis

# Status Change/ Benefit Eligibility

On occasion, the hours you actually work as a full-time employee may drop below thirty (30) hours per week and, therefore, affect eligibility for benefits. Whether the reduction in hours is initiated by you or center management, the following guidelines will apply:

- If you are a full-time employee and are scheduled but do not work a minimum of thirty (30) hours per week for two (2) consecutive payroll periods your status will be changed to part-time and you

will become ineligible for full-time benefits. Exceptions may be made only when you qualify under the Family Medical Leave Act.

- If you are a full-time employee and your scheduled hours drop below thirty (30) hours, but not less than twenty (20), per week due to enrollment decline, you will continue to be eligible for full-time benefits for up to ninety (90) days following the initial schedule change.

## Outside Employment

Bright Horizons Family Solutions requires that your activities and conduct away from your job must not compete, conflict, compromise its interests, or adversely affect your job performance and your ability to fulfill all responsibilities as a Bright Horizons Family Solutions employee. Absences due to schedule conflicts with outside employment will be considered unexcused. Bright Horizons Family Solutions assumes no responsibility or liability regarding your outside employment.

In an effort to maintain the professional status of Bright Horizons Family Solutions' faculty and prevent any potential conflict of interest, babysitting by center faculty of center children is strongly discouraged and prohibited in some cases by center-specific policies.

## Personnel Records

The center maintains Personnel Records for each employee to document employment information and to meet licensing and government requirements.

It is very important for you to keep the personal information section of your personnel record up to date. This information includes, but is not limited to: name, address, telephone number, marital status (for benefits and tax-withholding purposes), number of dependents, addresses and telephone numbers of dependents, spouse or former spouse (for insurance purposes), beneficiary designations, and persons to be notified in case of an emergency. Please notify a member of the administrative team of any changes in your personal information by submitting the change in writing.

Personnel files are the property of Bright Horizons Family Solutions. Upon request, you may view the contents of your file with your supervisor. If you wish to obtain a copy of a document from your personnel file, please ask your supervisor. Original documents, unless otherwise required by state law, will remain the property of Bright Horizons Family Solutions.

## Employment Opportunities

**Career Development** — Bright Horizons Family Solutions considers staff development a critical component of our success, and encourages internal promotion and transfer opportunities. This philosophy is reflected in ongoing opportunities including training and job-related

tuition reimbursement benefits. It is expected that each individual will work with his/her supervisor in identifying specific interests, abilities, and goals. Our organization offers the opportunity to design and achieve a fulfilling career path.

As our organization grows, new and exciting opportunities for growth and development are created for our employees. It is our policy to advise you about job opportunities by means of the company-wide job listing of open positions called *Joblink*. (*Joblink* may be found in our biweekly newsletter, *BFAMily News*.) Within centers, postings on bulletin boards or other suitable methods are also used.

**Promotions** — When a job opportunity becomes available, the position will be filled from within Bright Horizons Family Solutions whenever possible. In order to be considered for a specific position in your own center, please submit your request in writing to the Center Director. Jobs will be awarded based on an individual's ability to meet the requirements of the position, previous job performance, references from other supervisors, co-workers, and parents and education. Candidates will be interviewed and screened according to center hiring guidelines. External candidates may also be considered for openings.

**Transfers** — You may want to consider transferring from one center to another to pursue a professional growth opportunity or when a transfer meets your personal or family needs. If you decide to seek employment with another Bright Horizons Family Solutions center, inform your current Center Director of your transfer request. You should then submit your written request to transfer to the Center Director, Regional Manager, or Recruitment Coordinator at the desired location.

Although we will try to accommodate requests for transfer, in some situations it may not be feasible. The company reserves the right to delay or deny a transfer based on staffing needs at the originating center or limit the number of faculty eligible to transfer from a particular center at the same time. In order to provide consistency for children and families, we ask that you make a commitment of at least one year to a position before applying for a transfer.

Should you be offered a transfer, your employment will be governed by the new center's policies with recognition of your years of service with Bright Horizons Family Solutions. You will carry over your current accrued balance of vacation and sick time. All transfers will be subject to the employment needs, local regulations, and wage structure and benefits of the new location.

**Rehires** — If you leave Bright Horizons Family Solutions in good standing, you may apply and be considered for reemployment. If you resign without proper written notice (see Procedures for Resignation policy), or are dismissed for cause, you will not be considered for re-employment.

If you are rehired within six (6) months, you will be eligible to be reinstated with your original benefit eligibility date. If you voluntarily separate from Bright Horizons Family Solutions and are rehired you will be considered a "New Hire" if the absence from the company exceeds six (6) months.

*Highly skilled, loving, professional child educators help children flourish at Bright Horizons Family Centers.*



22

If you are rehired within six (6) months, you will be given the opportunity to reinstate your previous benefit electives without satisfying the waiting periods.

## Referral Bonus

You may be eligible to receive a referral bonus for referring a new employee who has been employed, or a family who has enrolled at a Bright Horizons Family Solutions center for one month.  This policy applies to all locations, except as specifically excluded by center policy.

- *Employees under the level of Director are eligible to receive a referral bonus for referring an employee.*

- *Directors may earn a bonus by referring employees at the level of Director or above.*

- *Recruitment Coordinators are not eligible.*

- *All employees are eligible to receive family referral bonuses, except as specifically excluded by center policy.*

# General Policies...



| | |
|---|---|
| Consistency of Care | 25 |
| Daily Schedule | 25 |
| Breaks | 25 |
| Confidential Information | 26 |
| Custody Issues | 26 |
| Disclosure of Information | 26 |
| Electronic Communication | 27 |
| Telephone | 27 |
| Professional Appearance | 27 |
| No Solicitation | 28 |
| Open-Door Policy | 28 |
| Company Travel | 28 |
| Inclement Weather Conditions | 29 |
| Research | 29 |

24

## Consistency of Care

Because of the critical importance of consistent caregiving to children, regular attendance is essential to each homebase and to the success of the center. Faculty absences require special adjustments to cover the absent employee's job duties and responsibilities. Therefore, it is your responsibility to maintain a satisfactory attendance record. Attendance and punctuality are considered when determining pay increases, transfers, promotions, and terminations. You should be in your homebase and ready to begin work at your scheduled time. If you are unable to report for work, know that you will be late, or if you must leave early, notify your supervisor 24 hours in advance. In case of emergency, notify your supervisor no less than one (1) hour before the schedule change. Center-specific policies supercede this policy.

If you leave your assigned position during working hours, you must obtain prior approval from your supervisor. Failure to follow proper procedure for notification may result in loss of compensation during the absence. Frequent or repeated incidents of absenteeism, tardiness, or departure without prior approval from your supervisor create inconsistency of care, and will be considered cause for Progressive Counseling. (Please see Employee Conference Memo Section.)

If you fail to report to work for two (2) consecutive workdays and fail to follow center procedure for notifying your supervisor, Bright Horizons Family Solutions will consider that you have voluntarily resigned your position.

## Daily Schedule

When hired, you are assigned to a center and are given an initial schedule and homebase that meet the requirements of the center at that time. Due to the critical importance of proper staffing in our field, supervisors may change your assigned schedule or homebase to meet the programmatic requirements of each center. Schedules are not guaranteed and flexibility is necessary. For the same reasons, if you have a request to permanently change your schedule, the request must be made in writing to the Director at least two (2) weeks prior to the requested date. Although we will accommodate requests for schedule changes when possible, they cannot be guaranteed.

To maintain staffing ratios, you may be asked to utilize vacation time during periods of temporary low enrollment or to work overtime as required. Your immediate supervisor must approve requests for timeoff. When making requests for timeoff, please give as much notice as possible, two (2) weeks minimum, or as defined by center-specific policy. You must use any accrued sick and vacation time before any unpaid time is approved.

## Breaks

Breaks are defined as non-work time without responsibility for caring for children, and are unpaid unless required by state law. Employee breaks are scheduled to ensure that faculty/child ratios meet requirements and are within any applicable state guidelines. Breaks may coincide and run concurrently with lunch breaks.

**25**

- *Sweaters, short-sleeved, sleeveless or long sleeved shirts — no spaghetti straps, tank or tube tops*
- *Knee-length shorts, clean pants with no rips or tears, or coordinated sweat suits — not tight fitting*
- *Professional attire — no clothing, jewelry or grooming which is considered inappropriate or unsafe in our environment*

## No Solicitation

To ensure that you are able to devote full attention to your duties, our organization does not allow the solicitation or distribution of literature or products during work time. Exceptions may be made for literature, products or services related to an approved community outreach program. This policy applies to both employees of Bright Horizons Family Solutions and any individual who attempts to sell or distribute products or literature.

## Open-Door Policy

Bright Horizons Family Solutions' management personnel have an Open-Door Policy that encourages you to share your ideas and suggestions. Should a problem or concern arise, you are expected to use the support structure outlined in this handbook to resolve complaints. However, if you have a concern of a personal or delicate nature, you may discuss it with any member of management, including your Director, Regional Manager or Division Vice President.

## Company Travel

You may drive a company-owned or your own vehicle for business only with the prior approval of your supervisor. Drivers must provide a copy of a current driver's license before driving on business.

If your position requires regular driving for the center as a condition of employment, you must be able to meet Bright Horizons Family Solutions and state approval standards. For all other jobs, driving is considered an incidental function of the position. You are covered under the Bright Horizons Family Solutions automobile liability policy while driving a vehicle owned or leased by the company. You must exercise due diligence to drive safely and maintain security of the vehicle at all times. You are responsible for any driving infractions or fines.

If you use your personal vehicle for approved business purposes, you will receive a mileage allowance and reimbursement for parking and tolls actually incurred. You must obtain approval from your supervisor in advance to submit an expense report in order to receive reimbursement. This mileage allowance is for all costs of owning and operating the vehicle (e.g., fuel, repairs, and insurance). If you travel on behalf of the company, you should obtain a copy of the travel policy from your supervisor. You are not permitted to use your personal vehicle to transport children.

# Inclement Weather Conditions

Bright Horizons Family Solutions serves working parents, therefore, we rarely close due to weather and environmental conditions.  It is important that we always remember our commitment to providing service to parents and our client sponsors.  A center follows the opening and closing schedules of its client company, if applicable.  All office locations and non-client sponsored centers will remain open unless management notifies you that the center or office is closed. Each center should establish a plan that provides appropriate care for children according to Bright Horizons Family Solutions or state ratio requirements.

**If a center closes:**

- *If a center does not open due to inclement weather, all scheduled employees will be paid for scheduled hours.*

- *If a center closes early, all employees already in the center or scheduled to report later that day will be paid for all scheduled hours.*

**If a center remains open but enrollment is low:**

- *Scheduled substitutes who are not needed in order to meet ratio requirements do not report to work that day.  Because those substitutes are not needed that day, it will be an unpaid day.*

- *Regularly scheduled employees who are not needed are contacted, and may be given the option of taking the day unpaid, utilizing vacation time, attending the center as a training/planning day, or being floated to a nearby center.*

- *Excess faculty already in the center may need to be floated to a nearby center or help with other center duties such as curriculum planning, cleaning, etc.*

- *Regularly scheduled employees who are needed to care for children and who are unable/unwilling to come in will not have the option of using vacation time and will, therefore, take the day as unpaid.*

# Research

Research in the child care field increases our collective knowledge of children and their development. The purpose of any research must be consistent with the goals of Bright Horizons Family Solutions, state regulations, and the developmental needs of participating children. Bright Horizons Family Solutions requires the written consent of parents for each research project.  No child is allowed to be unsupervised with a researcher.  Research projects of any kind must be approved by the Regional Manager, Division Vice President and corporate client, when applicable.



# About Your Pay...

Pay Procedures        31

Salary Classifications        31

Time Sheets & Records        31

Performance Appraisal        32

Training Pay        33



# Pay Procedures

You will normally be paid every other Friday. You may request a schedule of pay dates from center management. The amount, method, and timing of such payment will comply with any applicable laws and regulations.

On each payday, you will receive your paycheck or direct deposit notice and a statement showing gross pay, deductions, and net pay. Local, state, federal, and social security taxes, unemployment compensation/disability (as required in some states), and court ordered withholdings are deducted automatically.

Bright Horizons Family Solutions does not provide advances or loans.

# Salary Classifications

At the time of hire, you will be classified as either "Exempt" or "Non-Exempt." The terms exempt and non-exempt are defined by the Federal Fair Labor Standards Act and identify whether your job is eligible for overtime pay. If you are an exempt employee, you are not entitled to receive overtime pay. If you are a non-exempt employee, you will receive overtime pay for hours worked in excess of forty (40) hours per week. It is important to note that the designation is based on the job itself and not on the individual employee. If you are uncertain as to whether your job is exempt or non-exempt, consult your supervisor.

**Salaried/Exempt:** Some administrative, professional, managerial and executive positions are exempt from Department of Labor laws. Exempt employees are paid a biweekly salary and are not entitled to receive overtime pay. Exempt employees generally receive their salary for any week in which they perform work without regard to the number of days or hours worked. Deductions may be made for absences of a day or more because of personal reasons, illness or injury. You can continue to receive your full salary by substituting sick or vacation time unless you have not yet qualified for the time or have exhausted the allowance. Compensatory ("Comp") time is not appropriate for exempt employees due to the nature of their positions.

**Hourly/Non-Exempt:** Non-managerial and certain administrative staff who are paid an hourly rate are covered by state and federal labor laws. You are eligible for overtime pay if you work more than forty (40) hours per week. Sick, vacation, and holiday time are not considered hours worked.

# Time Sheets & Records

You are required to complete an individual time record showing time worked. A time record covers two (2) workweeks and must be completed each day. The workweek begins on Monday and ends on Sunday. The following rules apply to your time record.



*Children begin building their futures at Bright Horizons Family Centers*

- Accurately record your actual starting time to the nearest $\frac{1}{4}$ hour; time out for lunch, time in from lunch, quitting time, and total hours worked each day.
- Lunch breaks are unpaid for all employees.
- Procedures for accounting for lunch breaks will be determined by center policy. You will either clock in and out or the break may be automatically deducted through the timekeeper.
- You are not permitted to sign/log in or out before scheduled times or stay after hours without the prior approval of your supervisor.
- Management will check and sign time records and approve time for which you are to be paid. This includes paid holidays, bereavement pay, and company paid time off.
- Overtime is not authorized unless approved in advance by your supervisor.
- Sick days, vacation days, personal leave and holidays are not considered hours worked.
- You are responsible for completing and approving your time record in order to properly process your paycheck. Failure to complete your time record could result in a delay in the payment process or a partial paycheck.
- Salaried personnel (exempt) are not required to fill out hourly time records, but must account for daily attendance by submitting a time sheet to the payroll department.

# Performance Appraisal

You are eligible as a full-time employee to receive a performance and salary review once a year, twelve (12) working months after your last increase. Salary increases are determined based on your performance. The date used to determine your annual performance appraisal is your Anniversary Date. This date may be the same as the date of hire, but may be revised to reflect the following situations:

- *Extended absence: Because the performance appraisal and salary review are designed to evaluate the achievement of performance goals, it is important that each review include your recent performance. Therefore, any absence that exceeds thirty (30) days will extend the date-of-next-review by the amount of time equal to the length of absence.*

- *Promotion or other special circumstances: The effective date of a promotion will become a new review date. You will be notified if other special circumstances or situations may affect a scheduled review date.*

- *Increases: If your performance does not meet the minimum level expected or if your salary exceeds the range appropriate for the position, you may not be granted an increase, and the next review date will be adjusted accordingly.*

## Training Pay

Your attendance at lectures, meetings, and training programs will be considered hours worked and will be paid if attendance is required. Voluntary training and education programs may be announced and offered. Your attendance at voluntary programs will not be considered as time worked and will be unpaid, unless the program occurs during your normal working hours. Travel time associated with required training will be paid if it exceeds normal commuting time.

# Employee Code of Conduct...

Guidelines for Positive Discipline        35

Reporting Suspected Abuse & Neglect 35

Employee Conference Memo        36

Communication        38

Nepotism        39

Conflict of Interest        39

Babysitting        39

Administrative Leave        39

Leaving the Company        40

Final Pay/Return of Property        40

Insurance Termination        41

Exit Interview Process        41

Employment References        41



# Guidelines for Positive Discipline

Bright Horizons Family Solutions is committed to creating a supportive environment where young children can thrive.  That commitment and basic respect for children is reflected in our discipline policies and procedures.  Discipline encompasses all the actions taken by teachers to develop self-fulfilling, productive, and socially acceptable behaviors in children.  The following standards have been developed to create a caring environment that teaches children to behave in responsible ways and to feel good about themselves.

- *Set realistic expectations for young children's behavior.*
- *Create an environment that enhances the probability that children will behave in appropriate ways.*
- *Focus on positive communication techniques to gain children's cooperation.*
- *Give children alternatives to turn destructive situations into constructive ones.*
- *Use natural and logical consequences to motivate and empower children to make responsible decisions about their behavior.*
- *Teach preschool children to use problem-solving skills and strategies to resolve conflicts.*

It is inappropriate to discipline a child using punishment that is inconsistent with the principles of positive discipline.  In particular, the following uses of punishment are absolutely prohibited:

- *Corporal punishment, including spanking*
- *Cruel or severe punishment, humiliation, or verbal abuse*
- *Denial of food as a form of punishment*
- *Punishment for soiling, wetting, or not using the toilet*

# Reporting Suspected Abuse & Neglect

If there is reasonable cause to suspect a child is suffering from abuse or neglect, individuals working with children are mandated reporters and are required by law to report cases of child abuse or neglect to the appropriate authorities.  If you have a concern that a child enrolled in your center may have been abused or neglected, you should immediately discuss your suspicion with your Director.  If you have not already directly made a report and the Director determines there is reasonable cause, the Director will report the incident to the appropriate authorities and ask you to make a direct report.

If you have reasonable cause to suspect abuse or neglect has occurred, you should report the incident to the appropriate authorities and inform your Director of your actions.  If you make a direct report, your Director will support you through the reporting process.  The appropriate child protective service agency will determine appropriate action and may conduct an investigation. Bright Horizons Family Solutions will cooperate fully with the agency's investigation and



*One-on-one time is essential at Bright Horizons Family Centers*

will conduct an internal investigation to determine appropriate company response. Absolute confidentiality is required concerning any report of child abuse or neglect.

**Definitions:**

**Abuse** — the non-accidental commission of any act by a caretaker that causes or creates a substantial risk of harm or threat of harm to a child's well being

**Neglect** — failure by a caretaker, either deliberately or through negligence, to take those actions necessary to provide a child with minimally adequate food, clothing, shelter, medical care, supervision, or other essential care

**Reasonable Cause** — a basis for judgement that rests on specific facts, either directly observed or obtained from reliable sources, that supports a belief that a particular event probably took place or a particular condition probably exists

**Reportable Condition** — a serious physical or emotional injury, resulting from abuse or neglect, or the commission of any act by a caretaker with a child which constitutes a sexual offense under local criminal laws, or the physical dependence of a child upon an addictive drug at birth

**Mandated Reporter** — a professional acting in his/her professional capacity, such as doctors or teachers, who MUST report if they have reasonable cause to believe a case of abuse or neglect exists. Mandated reporters are protected from possible criminal or civil action which may arise as a result of having made a report. The degree of protection varies by state

## Employee Conference Memo

As an employee of Bright Horizons Family Solutions, you accept a responsibility for maintaining a quality work environment. The orderly and efficient operation of our business, and the need to provide high quality services to our families, requires that you maintain proper standards of conduct and performance at all times. Standards of conduct are also necessary to protect the health and safety of each employee and the children in our care.

Supervisors are to utilize the Employee Conference Memo to provide performance coaching and counseling. The goal of the Employee Conference Memo is to communicate performance feedback and to guide performance improvement.

Progressive Counseling consists of a three-step process to communicate performance concerns. The process includes:

- *Written counsel*
- *Written reprimand*
- *Termination*

The three-step Progressive Counseling process set forth above is simply a general guide as to the steps to be taken by Bright Horizons Family Solutions concerning improper conduct or unacceptable performance. It should not be construed as limiting Bright Horizons Family Solutions' ability or discretion to discipline in any fashion it deems appropriate. Bright Horizons Family Solutions reserves the right to take any disciplinary action it determines to be appropriate for a specific case, up to and including immediate termination of employment.

Company action in a particular case will depend upon its consideration of the particular circumstances of the case, including such things as the severity of the employee infraction, the past performance record of the employee and the needs of the business. Bright Horizons Family Solutions will not follow any specific scheme in counseling or disciplining an employee, and may use any step in the Progressive Counseling process it deems appropriate. Bright Horizons Family Solutions may use disciplinary actions outside of the Progressive Counseling process, up to and including immediate termination.

The following are specific examples that may result in disciplinary action, up to and including immediate termination of employment. This list is not intended to be all-inclusive. Other conduct not specifically mentioned in this list that is inconsistent with company standards or policies may be considered as cause for disciplinary action, up to and including termination of employment.

1.  *Inappropriate discipline and/or punishment of a child, including but not limited to spanking, or any kind of physical punishment*

2.  *Failure to report an incident of suspected abuse or neglect to Bright Horizons Family Solutions' management or appropriate state child protective service agency*

3.  *Negligence or carelessness in caring for children*

4.  *Leaving children unattended or out of ratio*

5.  *Conviction of a crime involving violence or sexual misconduct*

6.  *Using, possessing, distributing, or being under the influence of illegal substances or alcohol during working hours or on the premises*

7.  *Damage, destruction, unauthorized use, or removal of any property, records, reports or documents of Bright Horizons Family Solutions, our corporate clients, children, parents, faculty, or any persons affiliated with the organization*

8.  *Use of profane or abusive language*

9.  *Possession of any type of weapon and/or explosive on or near the premises*

10. *Failure to follow instructions or directions from a supervisor*



11. *Falsification of employment information or company documents including the employment application*

12. *Embezzlement or misappropriation of funds*

13. *Conduct that is detrimental to the children or Bright Horizons Family Solutions' reputation in the community*

14. *Failure to follow company time-keeping policies, including clocking-in for another employee or falsifying records*

15. *Violation of the confidentiality policy*

16. *Unsatisfactory attendance or failure to give satisfactory notice to supervisor for absence, tardiness, leaving before the end of the shift, or change in scheduled hours*

17. *Unsatisfactory or inadequate job performance*

18. *Actions or behavior that are disruptive to the operation of the business*

19. *Physical violence in the workplace*

20. *Threatening conduct, including verbal abuse*

21. *Improper use of company telephone, fax or computer*

22. *Failure to participate in any company internal investigation*

23. *Failure to attend any mandatory company conference, training session, meeting or engagement*

## Communication

Bright Horizons Family Solutions is proud of its reputation and its commitment to quality child care. We realize that our employees are the key factor that makes high quality services a reality. Together with the families we serve, Bright Horizons Family Solutions' employees consistently confirm their commitment to exceptional care for young children.

Bright Horizons Family Solutions is committed to creating an environment where everyone is treated with respect and fairness. We believe that two-way communication is critical to our success. Open communication is in the best interest of employees, children, parents and our organization, because it promotes a focused, professional network. Therefore, any outside intervention from a third party is not necessary or desirable in our organization. Bright Horizons Family Solutions will utilize all means to oppose any attempt to limit our ability to directly communicate with our employees.

38

## Nepotism

For the purpose of this policy, the term "relative" refers to the following relationships as established by blood, marriage, legal action, or other significant personal relationships: father, mother, son, daughter, brother, sister, husband, wife, grandparent, grandchild, or domestic partner. The policy applies to full- and part-time employees.

- You are not permitted to work in the same homebase or department with a relative.

- You may not be in a position to supervise or otherwise influence the employment status of a relative, directly or indirectly.

## Conflict of Interest

We believe that it is in the best interest of children that faculty maintain an appropriate teacher-child relationship with each child in your care. It is Bright Horizons Family Solutions' policy that faculty must not enter into relationships with parents or family members that may impair your effectiveness in working with children. In addition, your own children may not be enrolled in a homebase where you are assigned. You also must ensure that you do not have a relationship with any customer or vendor in which you or your family members have a personal or financial interest or stake that may interfere with your ability to serve the best interest of the Company.

## Babysitting

In an effort to maintain the professional status of Bright Horizons Family Solutions' faculty and prevent any potential conflict of interest, babysitting by center faculty for center children is strongly discouraged by Bright Horizons Family Solutions. However, if you choose to babysit, services must be outside the center premises and with the understanding that such arrangement and payment for services are solely between you and the child's family. The arrangements are not sanctioned and no liability is assumed by the center, the client sponsor, or by Bright Horizons Family Solutions. The parents/guardians of the children enrolling in the center will be advised of Bright Horizons Family Solutions' babysitting policy via the Parent/Guardian Enrollment Agreement. Center-specific policies that prohibit babysitting supercede this policy.

## Administrative Leave

Under some circumstances, Bright Horizons Family Solutions may place an employee on Administrative Leave. This leave is designed to remove the employee from the center in the event of an investigation or as a result of progressive counseling. Administrative Leave may be used to protect both the center's and the employee's interests. Leave is paid if the employee is not at fault and unpaid if an employee is at fault.

# Leaving the Company

In the event that you decide to leave the company, to achieve a smooth transition, you must give at least two (2) weeks written notice of your resignation.  Management employees are to give at least thirty (30) days notice.  If you leave without giving notice, you forfeit consideration for reemployment with Bright Horizons Family Solutions.  If you wish to be considered for future employment, you should make this interest known to your supervisor.

A signed letter of resignation addressed to your supervisor is required. The letter must state your reason for leaving and your intended last day of work.  Also, Bright Horizons Family Solutions considers any one of the following as a voluntary resignation:



*Rise and Shine*

- *Failure to return to work on the next regularly scheduled workday following the expiration of an approved Leave of Absence*
- *Absence from work for two (2) consecutive days without approval or proper notice*
- *Working elsewhere while on Leave of Absence — there is an exception to this rule if Family/Medical Leave Act protection is in effect*
- *Failure to submit the proper Leave of Absence forms within the stated time guidelines*

Involuntary termination may result in the following circumstances:

- *Violation of company policy — dismissed employees forfeit consideration for reemployment with Bright Horizons Family Solutions*
- *Layoff due to lack of available work*
- *Inability to meet the minimum standards of job performance*

# Final Pay/Return of Property

Before leaving Bright Horizons Family Solutions, you must return all property including, but not limited to, materials such as manuals/handbooks, ID cards, keys, card readers, credit cards, parking passes, computer equipment, office equipment, pagers and club memberships.

If you owe the company money or are responsible for any lost or damaged property, you are obliged to settle your accounts either in cash or by having the appropriate amount deducted from your final pay.  If Bright Horizons Family Solutions owes you wages for hours worked, you will receive a final paycheck.

In the event you are leaving the company with a negative sick and/or vacation time balance, the outstanding balance will be deducted from your final paycheck. If you separate from the company within three (3) months of your date of hire, you will not be eligible to receive pay for unused vacation time.

## Insurance Termination

All benefits end on your last day of employment or on the day that you become ineligible for benefits. According to the COBRA provisions, you may elect to continue your medical and/or dental coverage for 18 months when you lose coverage under the plan due to separation of employment (for any reason other than gross misconduct) or a reduction in work hours. If you were covered under the company's medical and/or dental plan, you will be notified by the Benefits team of your right to continue coverage under COBRA. Information regarding COBRA will be mailed directly to your home address. Please make certain center management has your current home address.

Your covered spouse and/or dependents will be offered the opportunity to maintain continuation of coverage for 36 months if you remain with the company and they lose coverage under the plan because of an event other than your separation of employment or reduction in work hours.

## Exit Interview Process

If you leave Bright Horizons Family Solutions, you will be asked to complete an Exit Interview. The purpose of an Exit Interview is to provide you with the opportunity to discuss reasons for leaving and to ask for recommendations for improvement. Exit Interview Forms are used to understand why you are leaving the company and if you have suggestions for improvement. They are shared with management and the Human Resources team. Employees who leave the company should feel free to contact their Regional Manager and/or the Human Resources team to share any issues or concerns regardless of the reason for separation.

## Employment References

It is Bright Horizons Family Solutions' policy to provide verification of employment, job location, job title, and dates of employment in response to requests for employment references. If you provide Bright Horizons Family Solutions with a signed written authorization and release, factual, non-subjective information may be shared as a reference. The written authorization and release must state that you release and indemnify Bright Horizons Family Solutions and the individual providing the reference from any liability associated with the reference. Bright Horizons Family Solutions may release information to cooperate with legal, safety, and medical officials who need to know specific employee information.

41

# For Your Health & Safety...

Health Appraisals                        43

Serious Disease Notification             43

Smoking                                  43

Universal Precautions                    44

Hepatitis B Vaccine                      44

First Aid/CPR Training                   44

Emergency Preparedness                   44



# Health Appraisals

To ensure that Bright Horizons Family Solutions' health requirements, are maintained, you are required to obtain a preemployment health appraisal and an annual physical examination thereafter. The health appraisal must meet Bright Horizons Family Solutions' and all applicable state licensing requirements.  If you are returning from a Medical Leave of Absence or Family/Medical Leave of Absence you will be required to provide documentation from a physician confirming that you are able to return to work.  You will be responsible for the cost of your health appraisal.

# Serious Disease Notification

If you have an infectious, life threatening, or other serious disease, you may work as long as you are physically and mentally able to perform the duties of your job without undue risk to your own health or that of other employees, children, or parents.

If you are diagnosed as having a serious or infectious disease, we request that you inform center management as soon as possible.  This information will be kept confidential.  Your supervisor will work closely with you and your physician to ensure that you are able to perform job duties safely and according to your job description.

Centers comply with applicable occupational safety regulations concerning employees exposed to blood or other potentially infectious materials.  As a Bright Horizons Family Solutions employee, you are responsible for fulfilling your duty in regard to all safety regulations.  If you have concerns regarding working with or performing services for anyone known or suspected of having a serious disease, you need to discuss those concerns with your supervisor.

# Smoking



Bright Horizons Family Solutions recognizes that smoking in the workplace may adversely affect employees and children.   Accordingly, smoking is prohibited on all center premises (including all property). This smoking policy applies to all employees, parents, and visitors while on the center's premises.

*BFAM teachers make a difference in the lives of children every day*

**43**

## Universal Precautions

If you provide direct care of children you will receive initial and annual training on the risks of occupational exposure to Bloodborne Pathogens and measures to reduce or eliminate risk. Attendance is mandatory for Bloodborne Pathogens training. As an employee of Bright Horizons Family Solutions you must adhere to the company's infection control policies based on Universal Precautions.

Universal Precautions require that you consider every person, all blood and most bodily fluids to be potential carriers of infectious disease. The policy of adherence to the concept of Universal Precautions is strictly enforced by Bright Horizons Family Solutions for the benefit and protection of every employee and child.

## Hepatitis B Vaccine

If there has been a definite exposure to Hepatitis B in your center, Bright Horizons Family Solutions will offer you the Hepatitis B vaccine series unless you have proof that you have already received the series or are known to be immune. In many cases, the cost of the series may be covered by your medical insurance. If not completely covered, Bright Horizons Family Solutions will pay the difference or the total cost. You need to provide verification of your vaccination and a bill for the outstanding balance, if you are requesting reimbursement.

## First Aid/CPR Training

Bright Horizons Family Solutions requires that you complete and maintain approved First Aid training. CPR training is required for some faculty to meet center specific and licensing requirements. You are required to keep First Aid and CPR certifications current and up-to-date, and to submit a certificate of completion to be placed in your personnel file.

## Emergency Preparedness

In order to ensure the safety of children and faculty, standard emergency response procedures have been developed for the center. You are required to follow center policies for emergency response in the event of fire, earthquake or other natural disaster. You are required to participate in safety training programs and drills as required by state and federal regulations and licensing standards.

Documentation of safety training and emergency response drills is required. Copies of documentation are maintained in center logs and your personnel file as needed.

# Time Away From Work...

Paid Time Off                          46

Holidays                               46

Jury Duty                              47

Bereavement Leave                      47

Leave of Absence                       48

Requesting a Leave of Absence          48

Types of Leave of Absence              49

Workers Compensation                   53



## Paid Time Off

Vacation and sick time are available to all full-time employees. You may use accrued vacation time only after ninety (90) days of continuous full-time employment. The vacation and sick plans vary by exempt status and may differ slightly by region. You will receive the vacation and sick plan of the center/office in which you work.

Vacation and sick allowances are based on a forty (40) hour per week schedule. If you work between thirty (30) and forty (40) hours per week, you will accrue vacation and sick time on a prorated basis.

Vacation and sick time balances may be carried over into your next anniversary year. However, if you reach the maximum allowed balance of vacation or sick time (see center-specific vacation and sick policy), you will accrue no additional time until you use some vacation or sick time and the balance drops below the maximum.

Unused vacation time will be paid upon separation from the company or if you change from full-time to part-time status. Unused sick time will not be paid. In the event you leave the company with a negative vacation or sick balance, the outstanding balance will be deducted from your final paycheck.

## Holidays

It is the policy of Bright Horizons Family Solutions to designate and observe certain days each year as holidays. There is no waiting period before you are eligible to receive holiday pay. Except where center-specific policies apply, full-time employees are eligible to take a day off with pay for each holiday observed up to a maximum of seventy-two (72) hours per calendar year for employees working a five (5) day, forty (40) hour workweek. You are eligible to receive holiday pay for your normally scheduled number of hours on the day that the holiday is observed. If you are a full-time employee working less than a forty (40) hour workweek, you will receive a prorated number of holiday hours. Special provisions will be made if you work a compressed workweek. Temporary employees and employees on leave of absence or layoff are not eligible to receive holiday pay.

To receive holiday pay, you must be at work or on an authorized absence on the days immediately preceding and immediately following the day on which the holiday is observed. If the holiday falls on a scheduled workday you will receive holiday pay. If you are absent on one of these days due to an illness or injury, your supervisor may reserve the right to verify the reason before approving holiday pay (a doctor's note may be requested).

The schedule of holidays each center/office will observe during each calendar year will be published by the Management Team before the beginning of the year. In client-sponsored centers, each center develops its own schedule in consultation with the client.

A holiday that occurs on a Saturday or Sunday generally will be observed on either the preceding Friday or the following Monday, typically whichever day of the workweek is closest to the observed holiday.

If your center observes more than or fewer than nine (9) holidays per year, you may be eligible to be paid for nine (9) holidays, unless center-specific policy applies. If your center is closed more than nine (9) holidays per year, the additional days may be considered part of your vacation time, or if your center observes fewer than nine (9) holidays you may be eligible for "equal time-off". "Equal time-off" will be scheduled by center management and must be used within the calendar year. However, there are some instances with client-sponsored centers where you will be paid according to the Sponsor's holiday schedule. If you leave the company, you are not eligible to receive pay for unused holiday time.

Bright Horizons Family Solutions recognizes that you may wish to observe certain days not included in the regular holiday schedule such as periods of worship or commemoration. Your supervisor will make every effort to accommodate your request for time off based on current staffing requirements. You must take such time off as vacation time or as an unpaid, excused absence.

## Jury Duty

If you are called to serve for Jury Duty, Bright Horizons Family Solutions will pay up to forty (40) hours of Jury Duty pay per calendar year. Employees called for Jury Duty will be paid the difference between their basic salary and any amount received from Jury Duty pay. To qualify for this supplement, you must:

- *Return to work if you are released from Jury Duty early enough in the day to make returning to work practical*
- *Make every reasonable effort to report to work as scheduled if your normal work hours are different than your jury duty schedule*
- *Report to work if you are not scheduled for Jury Duty on any regularly scheduled workday*
- *Submit a certification of Jury Duty pay to your supervisor. The Payroll Department will then adjust your pay accordingly*

## Bereavement Leave

If you are a full-time employee, you are eligible, immediately upon employment, for up to three (3) days with pay to attend to matters relating to the death of an immediate family member. Immediate family members include your parents, spouse, domestic partner, children, brothers, sisters, legal guardian and spouse's parents. Your supervisor may request confirmation of your time away from work.

*Families grow together at Bright Horizons Family Centers*



A one-day leave without loss of pay will be granted to full-time employees for the death of a grandparent, grandchild, sister-in-law, brother-in-law, niece, or nephew.

With your supervisor's approval, you may take up to one (1) full day without pay to attend funerals of other relatives and friends. If you prefer, unused vacation time may be used for this purpose. If you are notified of the death of a relative while at work, that day shall not be considered bereavement leave. Because the purpose of bereavement pay is to reimburse employees for working days lost, bereavement pay will not be granted if you are out on unpaid leave.

## Leave of Absence

Bright Horizons Family Solutions recognizes there are times when you may need to be absent from work for personal, family, medical, or other reasons. Therefore, you may request an unpaid Leave of Absence under one of the following categories:

- *Personal*
- *Educational*
- *Military*
- *Medical*
- *Family Medical Leave Act (FMLA)*
- *California Family Rights Act (California only)*
- *Pregnancy Disability (California only)*

Leaves of Absence are unpaid.  However, depending on the type of leave taken, you may use accrued vacation and sick time during the leave.  Substitution of paid leave time for unpaid leave time does not extend the length of the leave. Accrued vacation and sick time may be used during leave for your own serious health condition, or to care for a covered family member with a serious health condition.  In addition, you may use vacation time (but not sick time) during leave to care for a newborn or newly placed child.

You do not accrue sick or vacation time while on Leave of Absence. The length of any approved leave will be determined at the discretion of the company based on individual circumstances and all applicable federal and state regulations.  If you accept employment outside of Bright Horizons Family Solutions during an approved leave you, forfeit the right of reemployment.

## Requesting a Leave of Absence

**To Apply**

- *Complete the Leave of Absence Request form*
- *Leaves not governed by state or federal laws must be approved by your Center Director or Department Manager and the Benefits Department*

**Advance Notice and Medical Certification**

- *If your need for an unpaid leave of absence is foreseeable, you must provide a thirty (30) day advance notice to your supervisor.*
- *If your leave of absence is for a serious health condition for you, your spouse, your child, or your parent, you will need to obtain certification from the health care provider.  You may be required to provide recertification from the health care provider if additional leave is required.*
- *If the leave is needed for a planned medical treatment or supervision of a family member, you must make a reasonable effort to schedule the treatment or supervision to avoid disruption to company operations.  The health care provider of the individual requiring the treatment or supervision must be consulted.  If you fail to provide reasonable notice when the need for leave is foreseeable, your leave may be delayed for a reasonable period.*

- *If eligible for FMLA, CFRA, or PDL or as required by state law, temporary changes to the employee's work assignment will be granted where possible. Pay and benefits will be maintained during the temporary assignment as required by applicable laws.*

**Return to Work**

- *You must keep your supervisor informed of your progress/status while on a leave of absence.*
- *If your absence exceeds thirty (30) days, your date-of-next-review will be extended by the amount of time equal to your time away from work.*
- *If you do not return to work at the expiration of your leave, Bright Horizons Family Solutions will consider that you have resigned your position.*

# Types of Leave of Absence

## Personal Leave of Absence

A Personal Leave of Absence may be approved, at your manager's discretion, for you to attend to matters of a personal nature.

**Eligibility:**
If you have completed ninety (90) days of employment with Bright Horizons Family Solutions, you may apply for a Personal Leave of Absence if you need to be away from work more than two (2) weeks.

**Length of Leave:**
Up to twelve (12) weeks per rolling twelve (12) month period

**Benefits:**
After accrued vacation time has been paid, your benefits will cease. If you are enrolled in the health and/or dental plan prior to your leave, you will be able to continue your coverage through COBRA.

**Return to Work:**
Every effort will be made to have you return to work. However, due to the need for precise staffing in our field, a return to work will be subject to the conditions of employment at the time of return. We are not able to guarantee that your position, pay or schedule will be maintained.

## Educational Leave of Absence

An Educational Leave of Absence may be approved, at your manager's discretion, for you to participate in an educational program.

**Eligibility:**
If you have completed one (1) year of employment with Bright Horizons Family Solutions, you may apply for an Educational Leave of Absence.

**Length of Leave:**
For the period of the program, up to six (6) months per rolling two (2) year period

**Benefits:**
After accrued vacation time has been paid, your benefits will cease. If you are enrolled in the health and/or dental plan prior to your leave, you will be able to continue your coverage through COBRA.

**Return to Work:**
Every effort will be made to have you return to work. However, due to the need for precise staffing in our field, a return to work will be subject to the conditions of employment at the time of return. We are not able to guarantee that your position, pay or schedule will be maintained.

## Military Leave of Absence

A Military Leave of Absence is for you to serve active or reserve duty.

**Eligibility:**
Upon hire

**Length of Leave:**
Length of duty up to a cumulative five (5) year period

**Benefits:**
After accrued vacation time has been paid, your benefits will cease. If you are enrolled in the health and/or dental plan prior to your leave, you will be able to continue your coverage through COBRA.

**Return to Work:**
You must report back to work upon the completion of military service and will be reinstated to the same or an equivalent position.

## Medical Leave of Absence

A Medical Leave of Absence is for medical reasons where the condition and/or employee status does not qualify as Family/Medical Leave of Absence.

**Eligibility:**
If you have completed ninety (90) days of employment with Bright Horizons Family Solutions, you may apply for a Medical Leave of Absence.

**Length of Leave:**
Up to twelve (12) weeks per rolling twelve (12) month period

**Benefits:**
After accrued sick and vacation time has been paid, Bright Horizons Family Solutions and you will co-pay insurance premiums for two (2) biweekly pay periods. After co-payment ends, your benefits will cease. If you are enrolled in the health and/or dental plan prior to your leave, you will be able to continue your coverage through COBRA.

**Return to Work:**
Every effort will be made to have you return to work. However, due to the need for precise staffing in our field, a return to work will be subject to the conditions of employment at the time of return. We are not able to guarantee that your position, pay or schedule will be maintained.

50

## Family/Medical Leave of Absence (FMLA)

Family/Medical Leave of Absence (FMLA) is time permitted for the birth of your child; placement of a child with you for adoption or foster care; to care for your spouse, child or parent who has a serious health condition; or for a serious health condition that makes you unable to perform your job.

**Eligibility:**
If you have been employed with Bright Horizons Family Solutions for at least twelve (12) months and have worked at least 1,250 hours in the previous twelve (12) months, you are eligible for FMLA.

**Length of Leave:**
Up to twelve (12) weeks within a rolling twelve (12) month period measured backward from the first day of the leave. The length of leave may vary if greater rights are permitted under applicable state laws. State and federal leave entitlements run concurrently unless excluded by state law.

- **Connecticut, Washington, D.C., Tennessee:** Sixteen (16) weeks in a twenty-four (24) month period
- **Rhode Island, Colorado:** Thirteen (13) weeks in a twelve (12) month period
- **Massachusetts:** Eight (8) weeks after three (3) months employment (unless used concurrently with FMLA, not subject to benefit co-pay)
- **New Jersey:** Twelve (12) weeks for care of a newborn
- **California:** See separate CFRA and PDL explanations

Under some circumstances, you may take FMLA intermittently, which means taking leave in blocks of time or by reducing your normal weekly or daily work schedule as medically necessary.

**Benefits:**
If you are taking FMLA, you will be allowed to continue participating in any health plans in which you have enrolled prior to the first day of the leave, up to a maximum of twelve (12) weeks. Bright Horizons Family Solutions and you will co-pay insurance premiums during this twelve (12) week period. You must contact the Benefits Department to arrange a payment schedule for your co-payment to continue your health insurance coverage during your leave of absence. In some instances, Bright Horizons Family Solutions may recover premiums paid to maintain health coverage if you fail to return to work following FMLA.

**Return to Work:**
Under most circumstances, upon return from FMLA, you will be reinstated to the same job, or to an equivalent job with equivalent pay, benefits, and other employment terms and conditions. In addition, your use of FMLA will not result in the loss of any employment benefit that you earned or were entitled to before using FMLA.

# California Family Rights Act (CFRA)

The California Family Rights Act (CFRA) - <u>California employees only</u>. Time is permitted for the birth of your child; or placement of a child with you for adoption or foster care; to care for your spouse, child or parent who has a serious health condition; or for a serious health condition that makes you unable to perform your job.

**Eligibility:**
The same eligibility conditions apply as for FMLA. CFRA and FMLA leaves run concurrently with the exception that your pregnancy is not considered a serious health condition that would allow you to take CFRA leave. A woman who is disabled by pregnancy is entitled to Pregnancy Disability Leave (PDL). Please refer to the PDL policy.

**Length of Leave:**
Up to twelve (12) weeks within a rolling twelve (12) month period measured backward from the first day of the leave

Under some circumstances, you may take CFRA intermittently, which means taking leave in blocks of time or by reducing your normal weekly or daily work schedule as medically necessary.

Time off from work because of your disability due to pregnancy, childbirth or related medical condition is not counted as time used for CFRA leave, but is counted as time used for FMLA leave. If you are pregnant, you may have the right to take a pregnancy disability leave in addition to family or medical leave; contact your supervisor regarding your individual situation. Any leave taken for the birth, adoption or foster care placement of a child does not have to be taken in one continuous period of time. CFRA leave taken for the reason of birth or placement of a child will be granted in minimum amounts of two (2) weeks. However, the company will grant a request for a CFRA leave (for birth/placement of a child) of less than two (2) weeks duration on any two (2) occasions. Any leave taken must be concluded within one (1) year of the birth or placement of your child.

**Benefits:**
If you take CFRA, you will be allowed to continue participating in any health plans in which you have enrolled prior to the first day of the leave for up to a maximum of twelve (12) weeks. Bright Horizons Family Solutions and you will co-pay insurance premiums during this twelve (12) week period. You must contact the Benefits Department to arrange a payment schedule for your co-payment to continue your health insurance coverage during your leave of absence. In some instances, Bright Horizons Family Solutions may recover premiums paid to maintain health coverage if you fail to return to work following CFRA.

**Return to Work:**
Under most circumstances, upon return from CFRA, you will be reinstated to the same job or to an equivalent job with equivalent pay, benefits, and other employment terms and conditions. In addition, your use of CFRA will not result in the loss of any employment benefit that you earned or were entitled to before using CFRA.

## Pregnancy Disability Leave (PDL)

Pregnancy Disability Leave (PDL) - <u>California employees only</u>. Time is permitted for your disability related to pregnancy.

**Eligibility:**
No length of service requirement. If eligible for FMLA, leaves will run concurrently.

**Length of Leave:**
Up to four (4) months of leave (eighty-eight (88) working days). May be taken intermittently or on a reduced work schedule as determined by the health care provider

**Benefits:**
If eligible for FMLA, refer to FMLA benefits section. If not eligible for FMLA, PDL will run concurrently with medical leave. After accrued sick and vacation time has been paid, Bright Horizons Family Solutions and you will co-pay insurance premiums for two (2) biweekly pay periods. After co-payment ends, your benefits will cease. If you are enrolled in the health and/or dental plan prior to your leave you will be able to continue your coverage through COBRA.

**Return to Work:**
Under most circumstances, upon return from PDL, you will be reinstated to the same job or to an equivalent job with equivalent pay, benefits, and other employment terms and conditions. In addition, your use of PDL will not result in the loss of any employment benefit that you earned or were entitled to before using PDL.

## Workers Compensation

For your protection as one of Bright Horizons Family Solutions' employees, you must report all personal injuries or accidents occurring at work, no matter how minor to your supervisor immediately after the accident occurs. Failure to report may limit or prohibit payment of Workers Compensation benefits.

Workers Compensation coverage is provided to all Bright Horizons Family Solutions employees. In addition to covering your cost of medical care necessary for job-related accidents or illness, it also provides for partial income protection for your time away from work as a result of your job-related accident or illness. The amount of income protection is determined by state law. In most states there is a "waiting period" which is the period of time between the date the accident occurs and the date when wage replacement begins. The waiting period varies from state to state and is determined by state law.

If you are away from work due to a job-related accident or illness and are eligible for the protection provided under the Family Medical Leave Act, the provisions of the Family Medical Leave Act apply.

**Pay and Benefits:**

- *You may use any accrued applicable sick and vacation time during the wait period or to supplement your Workers Compensation income.*
- *For the portion of the time you use your income by using your accrued sick and vacation time, your benefits co-payment will continue as if you were an active employee.*
- *While you are receiving Workers Compensation benefits you will be allowed to continue participating in any health plans in which you have enrolled prior to the first day of the leave (for up to a maximum of twelve (12) weeks). Bright Horizons Family Solutions and you will co-pay insurance premiums during this twelve (12) week period. You must contact the Benefits Department to arrange a payment schedule for your co-payment to continue your health insurance coverage during your Leave of Absence.*
- *If you are not able to return to work within twelve (12) weeks of the date of your accident or illness, you will be eligible to continue health/dental coverage under COBRA.*

**Return to Work:**

- *It is your responsibility to keep your supervisor informed of your progress and to provide as much advance notice as possible of the date that you expect to return to work.*
- *You must provide your supervisor with a signed "Certification by Physician for Employee to Return to Work" form indicating that you are ready to return to work.*
- *If a Health Care Provider indicates that you are capable of returning to work, but there are restrictions on the type of work you can perform, Bright Horizons Family Solutions will try to accommodate the restrictions and provide modified duty to employees injured at work.*
- *There will be instances in which it is not feasible for Bright Horizons Family Solutions to accommodate your restrictions, in which case, you cannot return to work until the restrictions are lifted.*
- *Because the Performance Appraisal is designed to evaluate the achievement of performance goals, it is important that each review include your recent performance. Therefore, if your absence exceeds thirty (30) days, your date-of-next-review will be extended by the amount of time equal to your time away from work.*

# Notes