Exhibit B

# Benefits at Bright Horizons Family Solutions (BHFS)

WELCOME TO BHFS!  At Bright Horizons Family Solutions, we are proud to offer a variety of benefits as part of your total compensation package.  Bright Horizons Family Solutions is dedicated to the task of creating the highest quality child care possible to the families we serve.  Our benefits are designed to support and encourage career growth and long-term employment, which are the cornerstones of quality childcare, and to make Bright Horizons Family Solutions a special place to work for its employees.

Your benefit package includes: medical insurance, dental coverage, life insurance, retirement benefits, tuition reimbursement, sick, vacation, and holiday pay and others.  In addition, as required by law, Bright Horizons Family Solutions makes contributions to social security, workers compensation, and unemployment compensation funds.

The enclosed information highlights many of the fringe benefits available.  These highlights are not intended to answer specific benefit questions.  It is important that you read the appropriate benefits brochure when you have specific questions.  These benefits are offered primarily to full-time employees (those who are regularly scheduled at least 30 hours per week).

EXHIBIT   B

# Insurance

## Medical

Bright Horizons Family Solutions is interested in the well-being of each employee and is pleased to offer medical insurance to all full-time employees. Medical insurance for individuals or families is available 60 days from the employee's full-time date.

An annual open enrollment allows employees the opportunity to elect medical coverage, change plans (if applicable), or add/remove dependent coverage. Notification of open enrollment is sent to each center prior to the effective period.

Employees may elect to cover eligible dependents. Eligible dependents include, spouse, child, and/or domestic partner. Dependent children can be covered up to age 19 or up to age 25 if a full-time student status is maintained. The definition of a domestic partner is same sex partners who have resided together for one year or more and share basic living expenses. Interested individuals are required to sign an Affidavit of Spousal Equivalency further clarifying their eligibility. See your Director or contact the Benefits Department for this affidavit.

Employees electing medical coverage through Bright Horizons Family Solutions will automatically have their deductions taken on a pre-tax basis. If an employee has a pre-tax deduction they may make a change to their plan during open enrollment, or with a change of life event; birth, adoption, divorce, or loss of coverage. Employee must provide proper documentation within 30 days of the life change event. If an employee wishes to elect their deductions be taken on a post-tax basis, please contact the Benefits Department for the application.

- All full-time employees must <u>elect or waive</u> coverage within the first 60 days of full-time employment
- Deductions are bi-weekly and should be reflected in the first paycheck that the employee is effective on the insurance for at least 5 days
- When an employee changes to a part-time status or separates from the company, the last deduction they should have will be on the pay check in which they were effective for at least 5 days in the pay period
- Medical insurance ends on last day of full-time employment
- Employees may continue coverage through COBRA

Please ask your Director for the appropriate medical insurance information and *forward a completed enrollment or waiver form within the first <u>sixty days</u> of your full-time employment.*

# 6 Month Benefits

*Full-time employees must submit a completed Enrollment/Waiver Form to the Benefits Department <u>within 6 months of their full-time date of employment</u>. If dental insurance is elected, a Prudential Enrollment form needs to be completed and attached to the Enrollment/Waiver Form.*

## Long Term Disability

Think for a moment about the catastrophic consequences of not having Long-Term Disability (LTD) Insurance coverage should you become disabled for an extensive period of time. We strongly feel that your nominal premium contribution is far outweighed by the peace of mind and financial security that this benefit will provide. This plan also provides the benefits of a short-term disability plan in that you will be eligible for benefits after a 30-day elimination period. The elimination period is the waiting period before your disability benefits begin.
- Coverage begins on the first of the month following 6 months of full-time employment

- If disabled, an employee should request a claim form from their Director or the Benefits Department
- Some states (NJ, RI, NY, CA) have state disability plans which coordinate with our LTD plan

If you ever become disabled, your disability benefits would be based on your salary on record with the insurance company at the time of disability.

Summarized below you will find a detailed benefit summary for our Long-Term Disability Insurance Plan:

| Carrier | UNUMProvident |
|---|---|
| Eligibility Requirements | You must be a full-time employee working at least 30 hours per week |
| Waiting Period | The first day of the month following six months of full-time employment |
| **Benefit Summary** | |
| Elimination Period | Benefits are payable after 30 days of disability |
| Benefit Amount | 60% of basic monthly earnings to a maximum of $8,000. Benefit will be based on your salary as of the effective date of the enrollment period. Salaries typically are updated once a year |
| Benefit Duration | Subject to the definition of disability, benefits are payable up to age 65 |
| Residual/Partial Disability Benefit | Proportional to age 65 |
| Offsets | This plan will offset with other sources of disability income, i.e., Social Security, State Disability, or Workers' Compensation |
| Toll-Free Claim Telephone # (claim status) | 1-800-871-1267 |
| Pre-existing Condition | If treatment for disabling condition was received within 3 months prior to effective date of coverage, there will be no coverage for that disability for the first 12 months insured |

## Life Insurance

Bright Horizons Family Solutions provides to all employees, **at no cost to you**, a $15,000 Life and Accidental Death & Dismemberment Insurance benefit with UNUMProvident. This valuable benefit will only be made available to you if you complete the necessary enrollment form. For our California employees, please be aware that this benefit, offered through UNUMProvident, is $10,000 with the balance made up through an additional $5,000 employer paid policy through PacifiCare.

- Coverage begins on the first of the month following 6 months of full-time employment
- There is no cost (nada, zip, nothing, no how, etc, etc) to employees for this coverage, the company pays the entire cost. EMPLOYEES MUST LIST A BENEFICIARY or it will default to the estate.
- California full-time employees must complete a PacifiCare Enrollment Form for life insurance at date of hire

The Bright Horizons Family Solutions Life Insurance benefit is summarized below:

| Carrier | UNUMProvident |
|---|---|
| Eligibility Requirements | You must be a full-time employee working at least 30 hours per week |
| Waiting Period | The first day of the month following six months of full-time employment |
| Life Insurance Benefit Amount | $15,000 , CA employees $10,000 |
| Accidental Death and Dismemberment | $15,000 |
| Cost Per Pay Period | No Cost – 100% Employer Paid |

## Voluntary Life Insurance

Our Supplemental Life Insurance Program is available for those employees who wish to secure more than our $15,000 employer paid life insurance amount. As you will note from the summary below, you may choose

3

additional life insurance amounts ranging from $25,000 to $200,000. Your spouse is eligible up to a $50,000 life insurance benefit, while each child may be provided up to $5,000 of coverage.

- Coverage begins on the first of the month following 6 months of full-time employment
- The cost of the benefit is age-banded, see Life Rate Chart
- Employees must carry coverage on themselves if they want to carry coverage on their spouse or children
- Deduction will be based on age each January 1

| Carrier | ReliaStar |
|---|---|
| Eligibility Requirements | You must be a full-time employee working at least 30 hours per week |
| Waiting Period | The first day of the month following six months of full-time employment |
| Benefit Summary | You are able to purchase additional amount of life insurance on yourself and/or coverage for your spouse and dependents |
| Employee Supplemental Life Insurance Amounts: | $25,000; $50,000; $100,000; $150,000; $200,000 |
| Spouse Life Insurance Amounts: | $10,000; $25,000; $50,000 |
| Dependent Life Insurance Amounts: | $5,000 |
| Portable | Yes |
| Cost Per Pay Period | 100% Employee Paid – see rate sheet for bi-weekly costs. |

## Dental

The dental plan is offered on a "dual choice" basis. Most employees have the option to choose between a "DMO" Plan (similar to our Medical HMO) and a "PDO Plan". There are a few locations where the DMO or PDO plans are not offered. In the case where there is no DMO Plan available, employees would be eligible for either the PDO plan (if available) or the Traditional Plan. The Traditional Plan offers the same benefits as the PDO plan, the only difference is that there is not a network of dentists, you can go to any dentist you want. If there is no PDO plan available, employees would be eligible for either the DMO plan (if available) or the Traditional Choice plan.

Employees electing dental coverage through Bright Horizons Family Solutions will automatically have their deductions taken on a pre-tax basis. If an employee has a pre-tax deduction they may make a change to their plan during the annual open enrollment period or with a change of life event; birth, adoption, divorce, or loss of coverage. Employee must provide proper documentation within 30 days of the life change event. If an employee wishes to elect their deductions be taken on a post-tax basis, please contact the Benefits Department for the application.

- Coverage begins on the first of the month following 6 months of full-time employment
- For dental questions please call 1-800-THE DMO 1
- Our group dental number is 74607
- If the DMO plan is elected, a primary dentist must be selected from the Prudential provider directory.

4

Below you will find a detailed comparison for our "Dual Choice Dental Plan." Please be aware that if you are selecting dental coverage, you may choose **only** one dental Plan, either the DMO or PDO/Traditional Plan. You may not change from one plan to another except during the annual enrollment period.

| Carrier | Prudential | |
|---|---|---|
| Eligibility Requirements | You must be a full-time employee working at least 30 hours per week | |
| Waiting Period | The first day of the month following six months of full-time employment | |
| Dual Choice:   DMO or PDO Plan | **DMO**<br>Dental Maintenance Organization | **PDO**<br>Prudential Dental Option/Traditional Plan |
| States With **No** Access to One of the Plan Options | South Carolina, South Dakota<br>*States with no DMO Access will be offered the PDO plan or the Traditional Plan with duplicate benefits of the PDO Plan.* | Maine, Nevada, Massachusetts, New Mexico, Rhode Island<br>*For the states with no PDO Access, you will be offered a Traditional Plan with duplicate benefits of the PDO Plan.* |
| States With **Limited** Access (Please check directory for more detailed information) | Alabama, Iowa, Maine, Nevada, New Mexico, North Carolina, West Virginia | None |
| | **DMO** | **PDO** |
| Benefit Summary | The DMO plan offers a higher level of coverage and includes orthodontia, but limits your choice of dentists.<br><br>You **must** select a Primary Care Dentist from an extensive network of providers. The DMO provider coordinates your care and when necessary, refers you to a network specialist within the network. | This plan allows you to either choose any dentist you want or to receive discounted services by selecting a PDO dentist. This plan does not cover orthodontia and pays a lower percentage of the cost of other services. |
| | **Benefit Summary** | |
| Preventive (routine oral exams, x-rays, cleanings) | 100% after $5 copay | 100%, no deductible |
| Basic (fillings, oral surgery, anesthesia, periodontics, endodontics) | 100% after $5 copay | 80%, after deductible |
| Major Services (crowns, bridges, dentures) | 60% after $5 copay | 50%, after deductible |
| Orthodontia | 50% after $5 copay | Not Covered |
| Calendar Year Deductibles | None | $50 Single/$150 Family |
| Calendar Year Maximum Per Person | Unlimited | $1,000 |
| | **DMO** | **PDO** |
| Orthodontia Maximum | Unlimited | Not Covered |
| Toll-Free Telephone # | 1 (800) THE-DMO1 | Please refer to your Prudential packet for this number. The number varies by region. |

5

# Paid Time

### Vacation Policy

Vacation time is available to all full-time employees. You may use accrued vacation time only after ninety (90) days of continuous full-time employment. The vacation plan varies by exempt status and may differ slightly by region. You will receive the vacation and sick plan specific to the center/office in which you work. Vacation allowances are based on a forty (40) hour per week schedule. If you work between thirty (30) and forty (40) hours per week, you will accrue vacation time on a prorated basis.

Vacation time balances may be carried over into your next anniversary year. However, if you reach the maximum allowed balance, you will accrue no additional time until you use some vacation time and the balance drops below the maximum.

Unused vacation time will be paid upon separation from the company or if you change from full-time to part-time status. In the event you leave the company with a negative vacation balance, the outstanding balance will be deducted from your final paycheck.
- Vacation accrues over the course of the year based on actual hours paid, excluding overtime
- After 90 day waiting period employees may borrow up to 24 hours of vacation time in advance of the time they have earned it. This is at the sole discretion of the supervisor.
- Negative vacation balances will be deducted from an employee's final paycheck if the employee terminates or changes to part-time.
- Employees must use vacation time before unpaid time will be granted

*Please refer to your center specific policy for more details.*

### Sick Time

Sick time is available to all full-time employees. You may use accrued sick time immediately upon hire. The sick plan varies by exempt status and may differ slightly be region. You will receive the sick plan of the center/office in which you work. Sick allowances are based on a forty (40) hour per week schedule. If you work between thirty (30) and forty (40) hours per week, you will accrue sick time on a prorated basis.

Sick time balances may be carried over into your next anniversary year. However, if you reach the maximum allowed balance of sick time, you will accrue no additional time until you use some sick time and the balance drops below the maximum of 240 hours.

Unused sick time will not be paid upon separation of the company. In the event that you leave the company with a negative sick balance, the outstanding balance will be deducted from your final paycheck.
- Sick accrues over the course of the year based on actual hours paid, excluding overtime
- Employees may borrow up to 24 hours of sick time in advance of the time they have earned it. This is at the sole discretion of the supervisor.
- Negative sick balances will be deducted from an employee's final paycheck if the employee terminates or changes to part-time.
- Sick balances will be carried over into the employee's next anniversary year up to 240 hours

### Holidays

It is the policy of Bright Horizons Family Solutions to designate and observe certain days each year as holidays. There is no waiting period before you are eligible to receive holiday pay. Except where center-specific policies apply, full-time employees are eligible to take a day off with pay for each holiday observed up to a maximum of seventy-two (72) hours per calendar year for employees working a five (5) day, forty (40) hour workweek. You are eligible to receive holiday pay for your normally scheduled number of hours on the day that the holiday is observed. If you are a full-time employee working less than a forty (40) hour work week, you will receive a prorated number of holiday hours. Special provisions will be made if you work a

compressed workweek. Temporary employees and employees on leave of absence or layoff are not eligible to receive holiday pay.

To receive holiday pay, you must be at work or on an authorized absence on the days immediately preceding and immediately following the day on which the holiday is observed. If the holiday falls on a scheduled workday you will receive holiday pay. If you are absent on one of these days due to an illness or injury, your supervisor may reserve the right to verify the reason before approving holiday pay (a doctor's note may be requested).

The Management Team will publish the schedule of holidays each center/office will observe during each calendar year before the beginning of the year. In client-sponsored centers, each center develops its own schedule in consultation with the client. A holiday that occurs on a Saturday or Sunday generally will be observed on either the preceding Friday or the following Monday, typically whichever day of the workweek is closest to the observed holiday.

If your center observes more than or fewer than nine (9) holidays per year, you may be eligible to be paid for nine (9) holidays, unless center-specific policy applies. If your center is closed more than nine (9) holidays per year, the additional days may be considered part of your vacation time, or if your center observes fewer than nine (9) holidays you may be eligible for "equal time-off". "Equal time-off" will be scheduled by center management and must be used within the calendar year. However, there are some instances with client-sponsored centers where you will be paid according to the Sponsor's holiday schedule. If you leave the company, you are not eligible to receive pay for unused holiday time.

Bright Horizons Family Solutions recognizes that you may wish to observe certain days not included in the regular holiday schedule such as periods of worship or commemoration. Your supervisor will make every effort to accommodate your request for time off based on current staffing requirements. You must take such time off as vacation time or as an unpaid, unexcused absence.

## Bereavement Pay
If you are a full time employee, you are eligible, immediately upon employment, for up to three (3) days with pay to attend matters relating to the death of an immediate family member. Immediate family members include your parents, spouse, domestic partner, children, brothers, sisters, legal guardian and spouse's parents. Your supervisor may request confirmation of your time away from work.

A one-day leave without loss of pay will be granted to full-time employees for the death of a grandparent, grandchild, sister-in-law, brother-in-law, niece, or nephew. With your supervisor's approval, you may take up to one (1) full day without pay to attend funerals of other relatives and friends. If you prefer, unused vacation time may be used for this purpose. If you are notified of the death of a relative while at work, that day shall not be considered bereavement leave. Because the purpose of bereavement pay is to reimburse employees for working days lost, bereavement pay will not be granted if you are out on unpaid leave.

## Jury Duty
If you are called to serve for Jury Duty, Bright Horizons Family Solutions will pay up to forty (40) hours of Jury Duty pay per calendar year. Employees called for Jury Duty will be paid the difference between their basic salary and any amount received from Jury Duty pay. To qualify for this supplement, you must:
- Return to work if you are released from Jury Duty early enough in the day to make returning to work practical.
- Make every reasonable effort to report to work as scheduled if your normal work hours are different than your jury duty schedule.
- Report to work if you are not scheduled for Jury Duty on any regularly scheduled workday

7

- Submit a certification of Jury Duty pay to your supervisor. The Payroll Department will then adjust your pay accordingly.

# Additional Benefits

## Tuition Reimbursement

Bright Horizons recognizes that continuing education is vital to the development of our employees. To assist employees in their career growth, a tuition reimbursement program is available.

All full or part-time (consistently working 20 or more hours per week) employees who have completed six (6) months of continuous service, prior to the beginning of the class, are eligible. Classes must be taken at an accredited college or university and be directly related to the employee's position or enhance his/her future potential within Bright Horizons Family Solutions, as determined by the Benefits Department.

To be eligible for reimbursement, an employee must submit an application for class approval **prior** to attending the class. The application should be approved by the supervisor and forwarded to the Benefits Department. Employees must then receive a grade of "C" or higher. No later than two (2) months after completion of the course, employees must submit their grade report or certificate of completion and their proof of payment to the Benefits Department. Employees will be reimbursed 50% of approve **tuition** costs on a per credit hour basis.

Some tuition reimbursements may be considered taxable if the course is indirectly related to the employee's position or is a graduate level course. Indirectly related courses – these courses which, while not directly related to the employee's current job, have a logical relationship to the Company's business and/or part of a Company approved degree program for which the major area of study has a logical relationship to the Company's business. Applicable taxes will be withheld from the reimbursement for these courses and will be included as income on your W-2 statement at the end of the year.

- Employees will be reimbursed 50% of approved tuition costs per credit hour, excluding books, materials, college fees, etc., to a maximum of $500 per academic year for full-time employees and $300 per academic year for part-time employees. After an employee has been employed for 2 continuous years of service the reimbursement amount will increase to $750 per academic year for full-time employees and $450 for part-time employees.
- Employees must be actively working and in good standing at the time of reimbursement to receive payment. Employees who have submitted their resignations will not be eligible for payment

*Please refer to the Tuition Reimbursement Policy for more details.*

## 401(k)

*An employee must complete a 401(k) Enrollment form during one of the two open enrollment periods immediately following their eligibility date.*

Although it may seem a long way off, as we grow older, we become more aware of the need to have adequate savings for retirement. Government programs and entitlements in all likelihood will not prove to be adequate. By planning for retirement at an earlier age, you will find that you can accumulate a significant "nest egg" and eliminate the possibility to be overwhelmed by the need to save for your retirement in future years. Please take the time to carefully consider this most important employee benefit offering.

You have a wide range of investment fund alternatives from which to choose. These funds will cover the entire range of the risk spectrum from conservative to aggressive. The BHFS Plan will match 25 cents for every dollar you invest up to 8% of your eligible pay. For example, if you contribute $100 a month to the plan, BHFS will add an additional $25. The 25% contributed by BHFS is vested (earned) over a six-year period. You will also save on taxes because contributions are deducted before taxes.

8

- Employees are eligible to participate in the 401(k) plan during one of the two open enrollment periods after they have completed one year of continuous employment
- There are two open enrollment periods a year, January and July
- Employees may change their percent of contribution only in January or July
- Employees may stop contributing at any time. However, they cannot take their money out of the plan unless the employee meets the specific plan criteria
- When employees leave the company they are eligible to take their money out of the 401(k) plan

| Carrier | MassMutual |
|---|---|
| Eligibility Requirements | Must work 20 hours or more per week and be 20½ years old |
| Waiting Period | Jan. 1 or July 1, following 1 year of service |
| Benefit Summary | You have 12 investment options to choose from ranging from conservative to aggressive growth funds. |
| Employer Match | BHFS will match 25% of the first 8% of your eligible pay, vested over 6 years |
| Cost | You may make before-tax contributions ranging from 1% to 15% of your eligible pay up to the IRS maximum allowance per year. |
| Toll-Free Telephone # | 1-800-74-FLASH |

## Dependent Care Assistance Program (DCAP)

In order to help combat the high cost of child and dependent care, Bright Horizons Family Solutions provides a DCAP plan that allows employees to pay for the cost of child care or other dependent care on a pre-tax basis. Since this compensation is then not considered salary, the employee saves the federal, state (where applicable), and social security taxes on those expenses. Each employee may set aside up to $5,000 in any calendar year for this program. This amount of child or dependent care expenses becomes a tax-free benefit for employees. It is important for you to be aware that if you elect to participate in the DCAP plan, IRS regulations stipulate that you may change or cancel your participation ONLY during the enrollment period before January 1, except in the case of a life event change.

Employees are eligible to enroll in DCAP once a year at the open enrollment date (in December, effective for the following year) or 30 days from date of employment if working 20 or more hours per week on a regularly scheduled basis with Bright Horizons. Active employees are eligible to enroll within thirty (30) days after a qualifying event. Qualifying events include: changes in spouse's employment status, birth, marriage, or divorce. Employees may enroll during the open enrollment period in December. All participating employees must re-enroll annually during open enrollment.

Participants will need to submit a claim form monthly to the Payroll Department in order to be reimbursed for paid expenses. Participants who utilize a Bright Horizons Family Solutions Center for childcare will not have to submit claim forms for reimbursement. The DCAP deduction will be used to directly pay tuition. Please note when you enroll in DCAP you must calculate your DCAP deduction at the start of the year. This amount cannot be stopped or changed at anytime during this 12-month plan year unless you have a Qualifying Life Event Change. If your DCAP deduction is not enough to cover your tuition at the center, you must set up an after tax deduction to make up the difference. If you have over paid your tuition with DCAP (pre-tax) money you <u>cannot</u> request the money back through a Parent refund due to IRS regulations. The "use it or lose it" rule applies.

The "use it or lose it" rule: You can only use the money in your Dependent Care Spending Account to pay for dependent care expenses incurred during the year you make the contributions. However, you have until

March 31 of the following year to submit dependent care expenses incurred in the previous year. Please remember that you will forfeit any unused money from the previous year that remains in the account after March 31st.

*Please refer to the separate DCAP package available at your center for specific details of the plan and enrollment form.*

## Childcare Discount
Bright Horizons Family Solutions is committed to supporting our employees by offering a childcare discount, unless this practice is not allowed by our client sponsors.
- Enrollment is subject to availability and waitlist priority is determined by contract.
- Employees are not charged child registration fees.
- All employees whose children are enrolled in Bright Horizons Family Solutions centers are required to pay tuition via payroll deduction.
- Enrollment is bases on center capacity, see your Director for center specific information.

## Back-Up Childcare
The Bright Horizons Back-up Care Program gives employees access to back-up care at Bright Horizons National Access Program (NAP) centers convenient to your workplace or home.  Employees of Bright Horizons Family Solutions will receive priority enrollment status at the NAP centers over members of the community for back-up child care, on a space available basis (subject to the priority of primary sponsors, NAP clients, and siblings of currently enrolled children).   To be eligible to enroll, the child must fall within the age range of the children served by the center.  To enroll in the back-up childcare, the employee must register in advance.  To do so, employees must register in advance at NAP participating centers by contacting the center director and completing registration forms that are available at the center.  There is no registration fee for the back-up childcare for Bright Horizons Family Solutions' employees.

## Adoption Assistance Program
In order to help defray some of the costs of the adoption process, BHFS offers an adoption assistance program. Full-time employees who work at least 30 hours per week and have been employed by Bright Horizons Family Solutions for one <u>continuous</u> year are eligible for the Adoption Assistance Program.  This program pays $1,000 towards adoption expenses after the proper paperwork (i.e., birth certificate, adoption papers, etc.) has been provided to the Benefits Department.

## Direct Deposit
To save our employees the time and effort of going to the bank and making the deposit themselves, Bright Horizons Family Solutions can deposit your check for you.  All or part of your check can be deposited directly into your checking and/or savings account.  By utilizing direct deposit, you can feel confident that your money is deposited even if you are sick, on vacation or unable to get to the bank.  Direct Deposit Forms are available from your supervisor.

## Employee Assistance Program (EAP)
Bright Horizons Family Solutions recognizes that we all need to reach out for some help at some time in our lives and sponsors the EAP for employees and their family members. Administered by Ceridian Performance Partners, Life Balance is offered free to employees and their family members.  This program provides you and your family members with 24-hour a day telephone consultation for issues such as stress reduction, mental health, substance abuse, and day-to-day living concerns.  Additional Life Balance services include assistance with legal and financial issues.  The toll-free number is 1-800-253-9062.

### Business Travel Accident Policy
Bright Horizons Family Solutions purchases a Travel Accident Policy for the benefit of its full-time employees. This policy pays up to $250,000 to an employee, or his or her beneficiary, for injury caused by an accident that occurs during the course of business travel authorized by Bright Horizons Family Solutions. Benefits include a principal sum ($250,000) for loss of life and specified payments for loss of limbs, eyesight, hearing or speech. Most conveyances are covered (private passenger cars, trains and planes) with the major exception being an aircraft that the employee pilots or is acting as a crew member.

### Stock Options
Bright Horizons Family Solutions is an industry leader in its willingness to share with its employees in the future growth and success of the company. Therefore, Bright Horizons Family Solutions annually grants stock options to employees who have achieved the position of Director and above. There is no cost to the employee until the employee decides to purchase the options. The number of shares granted is determined by position within the company.

Employees must "exercise " or purchase the vested portion of their options within 90 days of leaving the company or they will automatically be forfeited. It is the responsibility of each individual to exercise his/her options when eligible. The number of options available is "vested" based on length of service and number of options granted.

## Discount Cards / Tickets

### Magic Kingdom Club
Bright Horizons Family Solutions is a member of The Disney Club. Connect to the best of Disney! Club membership provides great savings on magical vacations, exclusive offers at Disney Theme Parks in the U.S., seasonal savings on Disney Resort Accommodations and much more. A one-year membership is just $29.95. To join call 1-800-654-6347 or online at www.disneysampler.com. Please reference our Chapter number 56303.

### Universal Studios Fan Club
Bright Horizons Family Solutions is also a member of the Universal Studios Fan Club. Club membership provides an exclusive way for employees and families to enjoy over 40 rides, shows, attractions and movie sets at the Universal Studios in Florida and Hollywood. This membership gives employees discounts on tickets to Universal Studios. It also offers discounts with Avis Rent-A-Car, US Air, Spencer Gifts Stores and more. Membership is free and cards will be issued upon request.

### Discount Movie Tickets
That large tub of popcorn can be a little more affordable when you purchase discounted movie tickets -- Bright Horizons Family Solutions offers all its employees the ability to purchase discount movie tickets to all General Cinemas, Showcase, AMC and Sony/Loews/Cineplex Odeon/Star/Magic Johnson theaters. These tickets may be used for most movies shown in theaters owned by these chains. Request forms are available from your supervisor.

## Miscellaneous Benefits

### Social Security Taxes

Bright Horizons Family Solutions contributes to 50% of the cost for an employee's retirement, survivor and/or disability as provided Federal Law.  This benefit begins with the employee's first paycheck.

## Unemployment Taxes
Eligibility and benefit for each employee is in accordance with the applicable state law.  Unemployment is typically a weekly benefit calculated on the employee's prior earnings.  Bright Horizons Family Solutions pays 100% of this benefit.

## Workers Compensation
Workers' Compensation coverage is provided to all Bright Horizons Family Solutions' employees. In addition to covering your cost of medical care necessary for job-related accidents or illness, it also provides partial income protection for your time away from work as a result of your job-related accident or illness.  The amount of income protection is determined by state legislature.  In most states there is a "Waiting Period".  The waiting period is the amount of time between the date of the accident occurs and the date when the wage replacement begins.  The wait period varies from state to state and is also determined by state legislature.

It is the employee's responsibility to keep their supervisor informed of the rehabilitation progress and provide as much advance notice as possible of the expected return to work date.  Before returning to work in any capacity, a Return to Work form must be completed by the physician handling the case.  If the physician indicates necessary restrictions, Bright Horizons Family Solutions will try to accommodate the restrictions and place the employee in an appropriate position.

*Please refer to the Leave of Absence Policy for more details.*

## Important Note:
The benefits in this handbook are not intended to create, nor are to be construed to create any contract, agreement or legally binding obligation between the company and you.  The contents are merely highlights of the benefit package offered to eligible employees and are not intended to take the place of more detailed benefit plan documents.  Descriptions in the plan documents will override the information in this handbook in the event the information presented in the handbook is in conflict with the information in the plan documents.

There may be slight variations of benefits that may be due to a particular client.  If an employee transfers centers within Bright Horizons Family Solutions, the employee will be offered the benefit package for the center where they are employed.

The company may, at any time, without having to consult anyone and without anyone's agreement, change, suspend or discontinue any or all benefits, in whole or part, with or without notice, and shall make all final decisions ass to their meaning and application.  Revised handbooks will be issued from time-to-time as necessary.  This handbook is in effect July 1, 2000.